UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SASHA RODRIGUEZ and CATHELYN :
GREGOIRE on behalf of themselves and
all others similarly situated, :

    Plaintiffs    :     CIVIL ACTION NO:

v.     3:07cv1866 (WWE)

SALLIE MAE (SLM) CORPORATION :

    Defendants    :

## MOTION FOR ADMISSION OF VISITING LAWYER

**COMES NOW** M. Hatcher Norris, a member of the bar of this Court, respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Attorney Nicole C. Mayer as a visiting attorney in this Court.

Attorney Mayer is a member of the law firm of James, Hoyer, Newcomer & Smijanich, P.A. with an office at 4830 West Kennedy Boulevard, Tampa, Florida 33609-2589. She is a member in good standing of the bar of the State of Florida. She is admitted to practice before the United States District Court for the Middle District of Florida.

Upon information and belief, Attorney Mayer has never been denied admission or disciplined by this Court or any other court and her fully executed affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

Payment to the Clerk for the fee of $25.00 as required by D. Conn. L. Civ. R. 83.1(d)(2) accompanies this application.

Pursuant to D. Conn. L. Civ. R. 83.1(c)(1) of the Local Rules of this Court, Ms. Mayer designates the undersigned attorney, M. Hatcher Norris and his office, Butler, Norris & Gold, 254 Prospect Avenue, Hartford, CT 06106, telephone number (860) 236-6951, as the members of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Attorney Nicole C. Mayer be admitted to appear as a visiting lawyer to represent the Plaintiffs in this action.

PLAINTIFFS

By: _____
M. Hatcher Norris, Esq
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Fax No. (860) 236-5263
Email: morris@bnglaw.com
Federal Bar No. ct00061

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SASHA RODRIGUEZ and CATHELYN : 
GREGOIRE on behalf of themselves and
all others similarly situated, :

      Plaintiffs                 :       CIVIL ACTION NO:

v.

SALLIE MAE (SLM) CORPORATION :

      Defendants             :

### AFFIDAVIT OF NICOLE C. MAYER IN SUPPORT OF MOTION TO ADMIT VISITING ATTORNEY

**STATE OF FLORIDA** )
)
**COUNTY OF HILLSBOROUGH** )

Personally appeared Nicole C. Mayer to be known, who being duly sworn, does depose and say on oath as follows:

    1. I am a member of the law firm of James, Hoyer Newcomer & Smiljanich, P.A., with an office address of 4830 W. Kennedy Blvd., Suite 550, Tampa, Florida 33609. My office telephone number is (813) 286-4100. My fax number is (813) 286-4174. My email address is nmayer@jameshoyer.com.

    2. I am admitted to practice law in the State of Florida. I am also admitted to practice before the United States District Court for the Middle District of Florida.

    3. I have never been denied admission or disciplined as referenced in Local Federal Rule 83.2 or been denied admission or disciplined by any other Court.

    4. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

Dated at Tampa, Florida this 17th day of December, 2007.

_____
NICOLE C. MAYER

Subscribed and sworn to before me this 17th day of December, 2007 by Nicole C. Mayer, who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires:



Dobrila Stephens
Commission # DD313977
Expires May 5, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7019