UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SASHA RODRIGUEZ and CATHELYN :
GREGOIRE on behalf of themselves and
all others similarly situated, :

      Plaintiffs               :      CIVIL ACTION NO:

v.                                        3:07cv1866 (WWE)

SALLIE MAE (SLM) CORPORATION :

      Defendants              :

### MOTION FOR ADMISSION OF VISITING LAWYER

**COMES NOW** M. Hatcher Norris, a member of the bar of this Court, respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Attorney J. Andrew Meyer as a visiting attorney in this Court.

Attorney Meyer is a member of the law firm of James, Hoyer, Newcomer & Smiljanich, P.A. with an office at 4830 West Kennedy Boulevard, Tampa, Florida 33609-2589. He is a member in good standing of the bar of the State of Florida. He is admitted to practice before the following courts:

    United States District Court, Middle District of Florida;
    United States District Court, Northern District of Florida;
    United States District Court, Southern District of Florida;
    United States Court of Appeals, Eleventh Circuit;
    United States Court of Appeals, Fourth Circuit;
    United States Court of Appeals, Third Circuit.

Upon information and belief, Attorney Meyer has never been denied admission or disciplined by this Court or any other court and his fully executed affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

Payment to the Clerk for the fee of $25.00 as required by D. Conn. L. Civ. R. 83.1(d)(2) accompanies this application.

Pursuant to D. Conn. L. Civ. R. 83.1(c)(1) of the Local Rules of this Court, Mr. Meyer designates the undersigned attorney, M. Hatcher Norris and his office, Butler, Norris & Gold, 254 Prospect Avenue, Hartford, CT 06106, telephone number (860) 236-6951, as the members of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Attorney J. Andrew Meyer be admitted to appear as a visiting lawyer to represent the Plaintiffs in this action.

PLAINTIFFS

By: _____
M. Hatcher Norris, Esq.
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Fax No. (860) 236-5263
Email: morris@bnglaw.com
Federal Bar No. ct00061

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SASHA RODRIGUEZ and CATHELYN  :
GREGOIRE on behalf of themselves and
all others similarly situated,        :

    Plaintiffs                :      CIVIL ACTION NO:

v.

SALLIE MAE (SLM) CORPORATION  :

    Defendants                :

### AFFIDAVIT OF J. ANDREW MAYER IN SUPPORT OF MOTION TO ADMIT VISITING ATTORNEY

STATE OF FLORIDA          )
                          )
COUNTY OF HILLSBOROUGH )

Personally appeared J. Andrew Myer to be known, who being duly sworn, does depose and say on oath as follows:

    1.    I am a partner with the law firm of James, Hoyer Newcomer & Smiljanich, P.A., with an office address of 4830 W. Kennedy Blvd., Suite 550, Tampa, Florida 33609. My office telephone number is (813) 286-4100. My fax number is (813) 286-4174. My email address is ameyer@jameshoyer.com.

    2.    I am admitted to practice law in the State of Florida and the State of New Jersey. I am also admitted to practice in the following courts:

    United States District Court, Middle District of Florida;
    United States District Court, Northern District of Florida;
    United States District Court, Southern District of Florida;
    United States Court of Appeals, Eleventh Circuit;
    United States Court of Appeals, Fourth Circuit;
    United States Court of Appeals, Third Circuit.

3. I have never been denied admission or disciplined as referenced in Local Federal Rule 83.2 or been denied admission or disciplined by any other Court.

4. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

Dated at Tampa, Florida this 17th day of December, 2007.

_____
J. ANDREW MEYER

Subscribed and sworn to before me this 17th day of December, 2007 by J. Andrew Meyer who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires:

Dobrila Stephens
Commission # DD313977
Expires May 5, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7019