UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SASHA RODRIGUEZ and CATHELYN  :
GREGOIRE on behalf of themselves and
all others similarly situated,   :

     Plaintiffs   :   CIVIL ACTION NO: 3:07cv1866(WWE)

v.

SALLIE MAE (SLM) CORPORATION   :

     Defendants   :

## MOTION FOR ADMISSION OF VISITING LAWYER

**COMES NOW** M. Hatcher Norris, a member of the bar of this Court, respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Attorney Christa L. Collins as a visiting attorney in this Court.

Attorney Mayer is a member of the law firm of James, Hoyer, Newcomer & Smijanich, P.A. with an office at 4830 West Kennedy Boulevard, Tampa, Florida 33609-2589.  She is a member in good standing of the bar of the State of Florida.  She is admitted to practice before the

    United States District Court, Middle District of Florida;
    United States District Court, Southern District of Florida;
    United States Court of Appeals, Eleventh Circuit;
    United States Court of Appeals, Ninth Circuit;
    United States Court of Appeals, Fifth Circuit;
    United States Court of Appeals, Fourth Circuit;

United States Court of Appeals, Third Circuit;
United States Supreme Court

Upon information and belief, Attorney Collins has never been denied admission or disciplined by this Court or any other court and her fully executed affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

Payment to the Clerk for the fee of $25.00 as required by D. Conn. L. Civ. R. 83.1(d)(2) accompanies this application.

Pursuant to D. Conn. L. Civ. R. 83.1(c)(1) of the Local Rules of this Court, Ms. Mayer designates the undersigned attorney, M. Hatcher Norris and his office, Butler, Norris & Gold, 254 Prospect Avenue, Hartford, CT 06106, telephone number (860) 236-6951, as the members of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Attorney Christa L. Collins be admitted to appear as a visiting lawyer to represent the Plaintiffs in this action.

PLAINTIFFS

By: _____/s/_____
    M. Hatcher Norris, Esq
    Butler, Norris & Gold
    254 Prospect Avenue
    Hartford, CT 06106
    Tel. No. (860) 236-6951
    Fax No. (860) 236-5263
    Email: rnorris@bnglaw.com
    Federal Bar No. ct00061