

UNITED STATES DISTRCT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE, on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE (SLM) CORPORATION,<br><br>Defendant. | CIVIL NO. 3:07-cv-01866-WWE<br><br>[PROPOSED] CLASS ACTION<br>JURY TRIAL DEMANDED<br><br>January 23, 2008 |

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Rule 83.1 (d)(1) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit attorney Lisa M. Simonetti as a visiting lawyer to represent SLM Corporation, erroneously sued herein as Sallie Mae (SLM) Corporation.

Ms. Simonetti is a member of the law firm of Stroock & Stroock & Lavan LLP with an office at 2029 Century Park East, Los Angeles, CA 90067-3086. Upon information and belief, Ms. Simonetti is a member in good standing of the bar of the State of California. Upon information and belief, Ms. Simonetti has never been denied admission or disciplined by this Court or any other court. In support of this Motion and in accordance with Rule 83.1(d)(1), the Affidavit of Lisa M. Simonetti is attached hereto as Exhibit A.

Pursuant to Local Rule 83.1 (d)(2), the undersigned submits concurrently with this motion a check made payable to the Clerk of the Court, in the amount of $25.00.

Pursuant to Local Rule 83.1(c)(1), Ms. Simonetti designates Attorney Craig A. Raabe and Attorney Jennifer R. Rossi and their office, Robinson & Cole, LLP, 280 Trumbull Street,

HART1-1445048-1

Hartford, Connecticut, 06103-3597, telephone (860) 275-8355, facsimile (860) 275-8299, as the members of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Lisa M. Simonetti be admitted to appear as a visiting lawyer to represent defendant Sallie Mae (SLM) Corporation in this action.

DEFENDANT,
SLM CORPORATION, erroneously sued herein as Sallie Mae (SLM) Corporation

By _/s/ Jennifer R._
Craig A. Raabe (ct04116)
E-mail: craabe@rc.com
Jennifer R. Rossi (ct27445)
Email : jrossi@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
Tel. No. (860) 275-8200
Fax. No. (860) 275-8299

Dated: January 23, 2008

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 23rd day of January, 2008 to:

Christa L. Collins
James Hoyer Newcomer & Smiljanich, P.A. – FL
4830 W. Kennedy Blvd.
Suite 550
Tampa, FL  33609

J. Andrew Meyer
James Hoyer Newcomer & Smiljanich, P.A. – FL
4830 W. Kennedy Blvd.
Suite 550
Tampa, FL  33609

Nichole C. Mayer
James Hoyer Newcomer & Smiljanich, P.A. – FL
4830 W. Kennedy Blvd.
Suite 550
Tampa, FL  33609

M. Hatcher Norris
Butler, Norris & Gould
254 Prospect Ave.
Hartford, CT  06106-2041

Jennifer R. Rossi