UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SASHA RODRIGUEZ and CATHELYN  :
GREGOIRE on behalf of themselves and
all others similarly situated,                    :

      Plaintiffs                                   :   CIVIL ACTION NO: 3:07-cv-01866(WWE)

v.

SALLIE MAE (SLM) CORPORATION  :

      Defendants                                 :

## MOTION FOR ADMISSION OF VISITING LAWYER

**COMES NOW** M. Hatcher Norris, a member of the bar of this Court, respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Attorney W. Christian Hoyer as a visiting attorney in this Court.

Attorney Hoyer is a member of the law firm of James, Hoyer, Newcomer & Smiljanich, P.A. with an office at 4830 West Kennedy Boulevard, Tampa, Florida 33609-2589. He is a member in good standing of the bar of the State of Florida. He is admitted to practice before the following courts:

    United States District Court, Middle District of Florida;
    United States Supreme Court

Upon information and belief, Attorney Hoyer has never been denied admission or disciplined by this Court or any other court and his fully executed affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

Payment to the Clerk for the fee of $25.00 as required by D. Conn. L. Civ. R. 83.1(d)(2) accompanies this application.

Pursuant to D. Conn. L. Civ. R. 83.1(c)(1) of the Local Rules of this Court, Mr. Hoyer designates the undersigned attorney, M. Hatcher Norris and his office, Butler, Norris & Gold, 254 Prospect Avenue, Hartford, CT 06106, telephone number (860) 236-6951, as the members of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Attorney W. Christian Hoyer be admitted to appear as a visiting lawyer to represent the Plaintiffs in this action.

PLAINTIFFS

By: s/M. Hatcher Norris
M. Hatcher Norris, Esq.
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Fax No. (860) 236-5263
Email: rnorris@bnglaw.com
Federal Bar No. ct00061

J. Andrew Meyer
Bar No. phv02327
Nicole C. Mayer
Bar No. phv02328,
**JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.**
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609-2589
Tel. No. (813) 286-4100
Fax No. (813) 286-4174

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN ) <br> GREGOIRE on behalf of all persons ) <br> similarly situated ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> SALLIE MAE (SLM) CORPORATION ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 3:07-cv-01866(WWE) <br><br> CLASS ACTION <br> JURY TRIAL DEMANDED |

CERTIFICATE OF SERVICE

I hereby certify that on this ___5th___ day of June, 2008 the foregoing **MOTION FOR ADMISSION OF VISITING LAWYER** was served by the the Court's CM/ECF System and a Notice of this filing will be sent by e-mail to the attorneys listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lisa M. Simonetti
Julia B. Strickland
Matthew Moran
Nancy M. Lee
Stroock Stroock & Lavan, LLP
2029 Century Park East
Los Angeles, CA 90067

Jennifer R. Rossi
Craig A. Raabe
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

s/M. Hatcher Norris
M. HATCHER NORRIS