UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SASHA RODRIGUEZ and CATHELYN GREGOIRE** on behalf of themselves and all others similarly situated, : | |
| Plaintiffs : | CASE NO. 3:07-cv-01866 (WWE) |
| v. | |
| **SALLIE MAE (SLM) CORPORATION** : | |
| Defendants : | |

### MOTION FOR ADMISSION OF VISITING LAWYER

**COMES NOW** M. Hatcher Norris, a member of the bar of this Court, respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Attorney Terry A. Smiljanich as a visiting attorney in this Court.

Attorney Smiljanich is a member of the law firm of James, Hoyer, Newcomer & Smijanich, P.A. with an office at 4830 West Kennedy Boulevard, Tampa, Florida 33609-2589. He is a member in good standing of the bar of the State of Florida. He is admitted to practice before the United States District Court for the Middle District of Florida.

Upon information and belief, Attorney Smiljanich has never been denied admission or disciplined by this Court or any other court and his fully executed affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

Payment to the Clerk for the fee of $25.00 as required by D. Conn. L. Civ. R. 83.1(d)(2) accompanies this application.

Pursuant to D. Conn. L. Civ. R. 83.1(c)(1) of the Local Rules of this Court, Mr. Smiljanich designates the undersigned attorney, M. Hatcher Norris and his office, Butler, Norris

& Gold, 254 Prospect Avenue, Hartford, CT 06106, telephone number (860) 236-6951, as the members of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Attorney Terry A. Smiljanich be admitted to appear as a visiting lawyer as counsel for Plaintiff Sasha Rodriguez and in this action.

By: _____
M. Hatcher Norris, Esq
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Fax No. (860) 236-5263
Email: rnorris@bnglaw.com
Federal Bar No. ct00061


J. ANDREW MEYER
W. CHRISTIAN HOYER
NICOLE C. MAYER
JAMES, HOYER NEWCOMER &
SMILJANICH, P.A.
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
813-286-4100
fax 813-286-4174

**Counsel for Plaintiff Sasha Rodriguez
And Interim Class Counsel**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SASHA RODRIGUEZ and CATHELYN GREGOIRE on behalf of themselves and all others similarly situated,** | **CIVIL ACTION NO.: 3:07-cv-01866** |
| | **CLASS ACTION** |
| **Plaintiffs,** | |
| v. | |
| **SLM CORPORATION and SALLIE MAE INC.** | **AUGUST 29, 2008** |
| **Defendants.** | |

_____/

CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of October, 2008 the **MOTION FOR ADMISSION OF VISITING LAWYER** was filed with the Court with a copy to the following attorneys.

Lisa M. Simonetti
Julia B. Strickland
Matthew Moran
Nancy M. Lee
Stroock Stroock & Lavan, LLP
2029 Century Park East
Los Angeles, CA 90067
Counsel for Defendant

Christa L. Collins
1780 102nd Avnue North, Suite 100
St. Petersburg, FL  33716
Counsel for Plaintiff Cathelyn Gregoire

Jennifer R. Rossi
Craig A. Raabe
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
Co-counsel for Defendant

_____
M. Hatcher Norris, Esq.
Federal Bar No. ct00061