UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE, on behalf of all persons similarly situated<br><br>   Plaintiff,<br>V.<br><br>SALLIE MAE (SLM) CORPORATION<br><br>   Defendant. | CIVIL NO. 3:07-cv-01866-WWE<br><br>[PROPOSED] CLASS ACTION<br>JURY TRIAL DEMANDED<br><br>March 16, 2009 |

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Rule 83.1 (d)(1) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit attorney Mary D. Manesis as a visiting lawyer to represent defendant SLM Corporation, erroneously sued herein as Sallie Mae (SLM) Corporation, and defendant Sallie Mae, Inc.

Ms. Manesis is a member of the law firm of Stroock & Stroock & Lavan LLP with an office at 2029 Century Park East, Los Angeles, CA 90067-3086. Upon information and belief, Ms. Manesis is a member in good standing of the bar of the State of California and bar of the State Bar of Illinois. Upon information and belief, Ms. Manesis has never been denied admission or disciplined by this Court or any other court. In support of this Motion and in accordance with Rule 83.1(d)(1), the Affidavit of Mary D. Manesis is attached hereto as Exhibit A.

HART1-1534385-1

Pursuant to Local Rule 83.1(d)(2), the undersigned submits concurrently with this motion a check made payable to the Clerk of the Court, in the amount of $25.00.

Pursuant to Local Rule 83.1(c)(1), Ms. Manesis designates Attorney Craig A. Raabe and Attorney Jennifer R. Rossi and their office, Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut, 06103-3597, telephone (860) 275-8355, facsimile (860) 275-8299, as the members of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Mary D. Manesis be admitted to appear as a visiting lawyer to represent defendants SLM Corporation and Sallie Mae, Inc., in this action.

DEFENDANT,
SLM CORPORATION, erroneously sued herein as Sallie Mae (SLM) Corporation

By /s/ Jennifer R. Rossi
Craig A. Raabe (ct04116)
E-mail: craabe@rc.com
Jennifer R. Rossi (ct27445)
E-mail: jrossi@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel. No. (860) 275-8200
Fax. No. (860) 275-8299

Dated: March 16, 2009

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand delivered to the court and mailed, postage prepaid, on this 16th day of March, 2009 to:

Christa L. Collins
James Hoyer Newcomer & Smiljanich, P.A. – FL
4830 W. Kennedy Blvd.
Suite 550
Tampa, FL  33609

Nicole C. Mayer
James Hoyear Newcomer & Smiljanich, P.A. – FL
4830 W. Kennedy Blvd.
Suite 550
Tampa, FL  33609

M. Hatcher Norris
Butler, Norris & Gould
254 Prospect Ave.
Hartford, CT  06106-2041

_____
Jennifer R. Rossi

**UNITED STATES DISTRCT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE, on behalf of all persons similarly situated, | CIVIL NO. 3:07-cv-01866-WWE |
| Plaintiffs, | [PROPOSED] CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| SALLIE MAE (SLM) CORPORATION, | |
| Defendant. | March 10, 2009 |

**AFFIDAVIT OF MARY D. MANESIS IN SUPPORT OF**

**MOTION TO ADMIT VISITING ATTORNEY**

STATE OF CALIFORNIA          )

COUNTY OF LOS ANGELES     )

I, **MARY D. MANESIS**, hereby depose and state as follows:

1. I am a member of the law firm of Stroock & Stroock & Lavan LLP, located at 2029 Century Park East, Los Angeles, CA 90067-3086, Telephone 310-556-5800, Facsimile 310-407-6348, E-Mail mmanesis@stroock.com.

2. I am admitted to practice and a member in good standing of the bar of the State of California and the State of Illinois. I am admitted to practice in the U.S. Court of Appeals, 9th Circuit, U.S. Court of Appeals, 10th Circuit, U.S.D.C., Central District of California, U.S.D.C., Eastern District of California, U.S.D.C., Southern District of California and U.S.D.C., Northern District of California.

3. I have never been denied admission or been disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

                                                */s/ Mary Manesis*
                                                Mary D. Manesis

Sworn to and subscribed before me
this ___ day of March 2009

_____
Notary Public
My Commission Expires: 8/9/12 (SEAL)

REGINA KAY HARCOURT
Commission # 1808811
Notary Public - California
Los Angeles County
My Comm. Expires Aug 9, 2012

LA 51120473v1