UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE on behalf of all persons Similarly situated )<br>)<br>)<br>)<br>**Plaintiffs** )<br>)<br>vs. )<br>)<br>SALLIE MAE, INC. and )<br>SLM CORPORATION, )<br>)<br>**Defendants.** )<br>)<br>_____ ) | 2009 JUN 24 P 12: 03<br><br>CIVIL ACTION NO.:<br><br>3:07-cv-01866(WWE)<br><br><br><br><br><br><br><br>JUNE 24, 2009 |

## MOTION FOR ADMISSION OF VISITING LAWYER

**NOW COMES** Joseph B. Burns of Rome McGuigan, P.C., a member of the bar of this Court, and respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Gary K. Shipman, Jean S. Martin and Matthew W. Buckmiller of the firm of Shipman & Wright, LLP in Wilmington, North Carolina as visiting attorney in this Court, and in support of this Motion, represents the following:

1. Mr. Shipman, Ms. Martin and Mr. Buckmiller are members of the firm of Shipman & Wright, LLP, with an office at 575 Military Cutoff Road, Suite 106, Wilmington, North Carolina, 28405. Mr. Shipman, Ms. Martin and Mr. Buckmiller are members in good standing of the bar of the State of North Carolina, and are admitted to practice before the United States District Court for both the Eastern and Middle Districts of North Carolina.

2. Upon information and belief, Mr. Shipman, Ms. Martin and Mr. Buckmiller have never been denied admission or disciplined by this Court or any other Court and their fully

1

executed Affidavits in compliance with D. Conn. L. Civ. R. 83.1(d) are attached hereto as Exhibits A, B and C.

3. Payment to the Clerk for the fees as required by D. Conn. L. Civ. L. R. 83.1(d)(2) accompanies this application.

WHEREFORE, the undersigned requests that Gary K. Shipman, Jean S. Martin and Matthew W. Buckmiller be admitted to appear as visiting lawyer as counsel for Plaintiff Cathelyn Gregoire this action.

PLAINTIFF, CATHELYN GREGOIRE

By: _____
Joseph B. Burns
Fed. Bar. No. ct00403
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103
(860) 493-3410
(860) 724-3921 (Fax)
Email: jburns@rms-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Admit Visiting Attorney was mailed, postage prepaid, to the following counsel of record on June 24, 2009:

Lisa M. Simonetti
Julia B. Strickland
Matthew Moran
Nancy M. Lee
Mary D. Manesis
Stroock Stroock & Lavan, LLP
2029 Century Park East
Los Angeles, CA  90067
Counsel for Defendants

Christa L. Collins
1780 102nd Avenue North, Suite 100
St. Petersburg, FL  33716
Counsel for Plaintiff Cathelyn Gregoire

J. Anthony Doran
M. Hatcher Norris
Butler, Norris & Gold
254 Prospect Ave.
Hartford, CT  06106-2041
Counsel for Plaintiffs Sasha Rodriguez and Cathelyn Gregiore

Jennifer R. Rossi
Craig A. Raabe
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103
Counsel for Defendants

Terry A. Smiljanich
Nicole C. Mayer
W. Christian Hoyer
Christopher Casper
J. Andrew Mayer
James, Hoyer Newcomer Smiljanich & Yanchunis, P.A.
4830 W. Kennedy Blvd., Suite 550
Tampa, FL  33609
Counsel for Plaintiff Sasha Rodriguez

/s/ Joseph B. Burns

GA8230

3