UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                FILED

2009 JUL 22 A 11: 26

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE on behalf of all persons Similarly situated )<br>)<br>)<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>SALLIE MAE, INC. and )<br>SLM CORPORATION, )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION NO.:<br><br>3:07-cv-01866(WWE)<br><br><br><br><br><br><br><br><br><br><br>JULY 20, 2009 |

## MOTION FOR ADMISSION OF VISITING LAWYERS
## ALLEN M. STEWART, STEVE BAUGHMAN JENSEN AND JAMES D. PIEL

NOW COMES Joseph B. Burns of Rome McGuigan, P.C., a member of the bar of this Court, and respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Allen M. Stewart, Steve Baughman Jensen and James D. Piel of the firm of Allen Stewart, P.C. in Dallas, Texas as visiting attorneys in this Court, and in support of this Motion, represents the following:

1.      Mr. Stewart, Mr. Jensen and Mr. Piel are members of the firm of Allen Stewart, P.C., with an office at 325 North Saint Paul Street, Suite 2750, Dallas, Texas 75201. Mr. Stewart and Mr. Piel are members in good standing of the bar of the State of Texas and are admitted to practice before the United States District Court for Northern, Southern, Western, and Eastern Districts of Texas, and the United States Supreme Court. Mr. Jensen is a member in

1

good standing of the bar of the State of Texas and is admitted to practice before the United States District Court for the Northern and Western Districts of Texas, and the United States Supreme Court.

  2. Upon information and belief, Mr. Stewart, Mr. Jensen and Mr. Piel have never been denied admission or disciplined by this Court or any other Court and their fully executed Affidavits in compliance with D. Conn. L. Civ. R. 83.1(d) are attached hereto as Exhibits A, B, and C.

  3. Payment to the Clerk for the fees as required by D. Conn. L. Civ. L. R. 83.1(d)(2) accompanies this application.

  4. Pursuant to D. Conn. L. Civ. R. 83.1(c)(1) of the Local Rules of this Court, Mr. Stewart, Mr. Jensen and Mr. Piel designate the undersigned attorney, Joseph B. Burns and his office Rome McGuigan, P.C., One State Street, 13th Floor, Hartford, CT 06103 (860) 493-3410 as the members of the bar of this Court upon whom service of all papers shall also be made.

  WHEREFORE, the undersigned requests that Mr. Stewart, Mr. Jensen and Mr. Piel be admitted to appear as visiting lawyers as counsel for Plaintiff Cathelyn Gregoire and in this action.

By: _____
Joseph B. Burns
Fed Bar No. ct00403
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103
(860) 493-3410
(860) 724-3921 (Fax)
Email: jburns@rms-law.com

2

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion to Admit Visiting Attorney was mailed, postage prepaid, to the following counsel of record on July 20, 2009:

Lisa M. Simonetti
Julia B. Strickland
Matthew Moran
Nancy M. Lee
Mary D. Manesis
Stroock Stroock & Lavan, LLP
2029 Century Park East
Los Angeles, CA  90067
Counsel for Defendants

Christa L. Collins
1780 102nd Avenue North, Suite 100
St. Petersburg, FL  33716
Counsel for Plaintiff Cathelyn Gregoire

Terry A. Smiljanich
Nicole C. Mayer
W. Christian Hoyer
Christopher Casper
J. Andrew Mayer
James, Hoyer Newcomer Smiljanich & Yanchunis, P.A.
4830 W. Kennedy Blvd., Suite 550
Tampa, FL  33609
Counsel for Plaintiff Sasha Rodriguez

Jennifer R. Rossi
Craig A. Raabe
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103
Counsel for Defendants

Gary K. Shipman
Jean S. Martin
Matthew W. Bruckmiller
Shipman & Wright, LLP
575 Military Cutoff Road, Ste. 106
Wilmington, NC  28405
Counsel for Plaintiff Cathelyn Gregoire

J. Anthony Doran
M. Hatcher Norris
Butler, Norris & Gold
254 Prospect Ave.
Hartford, CT  06106-2041
Counsel for Plaintiffs Sasha Rodriguez and Cathelyn Gregiore

                                                            _/s/ Joseph B. Burns_
                                                            Joseph B. Burns

GD3453

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE on behalf of all persons Similarly situated )<br>)<br>)<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>SALLIE MAE, INC. and )<br>SLM CORPORATION, )<br>)<br>Defendants. )<br>)<br>_____ ) | CIVIL ACTION NO.:<br><br>3:07-cv-01866(WWE) |

## AFFIDAVIT OF ALLEN M. STEWART IN SUPPORT OF MOTION TO ADMIT VISITING ATTORNEY

**STATE OF TEXAS**

**COUNTY OF DALLAS**

Personally appeared Allen M. Stewart, to be known, who being duly sworn, does depose and say on oath as follows:

1.  I am a member of the law firm of Allen Stewart, P.C., with an office address of 325 North Saint Paul Street, Suite 2750, Dallas, Texas 75201. My office telephone number is (214) 965-8700 and my fax number is (214) 965-8701. My email address is astewart@allenstewart.com.

2.  I am admitted to practice law in the State of Texas, and I am admitted to practice law before all Courts in the State of Texas; the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas. I am also admitted to practice law in the State

1

of New York, the State of Pennsylvania, the State of Missouri, the State of California, the United States Supreme Court, the 5th Circuit Court of Appeals in New Orleans, the United States District Court of the District of Colorado, and the United States District Court for the Eastern District of Wisconsin.

3. I have never been denied admission or disciplined as referenced in Local Federal Rule 83.2 or been denied admission or disciplined by any other Court.

4. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

Dated at Dallas, Texas this 2nd day of July, 2009.

_____
ALLEN M. STEWART

Sworn to and subscribed before me
This the 2nd day of July, 2009.

_____
NOTARY PUBLIC

My Commission Expires: 9-1-2011

DIANNA MAYFIELD LOVERN
Notary Public, State of Texas
My Commission Exp. 09-14-2011

2

EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE on behalf of all persons Similarly situated )<br><br>Plaintiffs )<br><br>vs. )<br><br>SALLIE MAE, INC. and SLM CORPORATION, )<br><br>Defendants. ) | CIVIL ACTION NO.:<br><br>3:07-cv-01866(WWE) |

### AFFIDAVIT OF STEVE BAUGHMAN JENSEN IN SUPPORT OF MOTION TO ADMIT VISITING ATTORNEY

**STATE OF TEXAS**

**COUNTY OF DALLAS**

Personally appeared Steve Baughman Jensen, to be known, who being duly sworn, does depose and say on oath as follows:

1. I am a member of the law firm of Allen Stewart, P.C., with an office address of 325 North Saint Paul Street, Suite 2750, Dallas, Texas 75201. My office telephone number is (214) 965-8700 and my fax number is (214) 965-8701. My email address is sjensen@allenstewart.com.

2. I am admitted to practice law in the State of Texas, the United States District Courts for the Northern and Western Districts of Texas, and the United States Supreme Court.

3. I have never been denied admission or disciplined as referenced in Local Federal Rule 83.2 or been denied admission or disciplined by any other Court.

1

4. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

Dated at Dallas, Texas this ___ day of June, 2009.

_____
STEVE BAUGHMAN JENSEN

Sworn to and subscribed before me
This the ___ day of June, 2009.

_____
NOTARY PUBLIC

My Commission Expires: _____



APRIL ADRIENNE WALTON
My Commission Expires
March 5, 2010

2

EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE on behalf of all persons Similarly situated | ) ) ) | |
| | ) | CIVIL ACTION NO.: |
| Plaintiffs | ) ) | 3:07-cv-01866(WWE) |
| | ) | |
| vs. | ) ) | |
| SALLIE MAE, INC. and SLM CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) ) ) | |

<u>**AFFIDAVIT OF JAMES D. PIEL IN SUPPORT OF
MOTION TO ADMIT VISITING ATTORNEY**</u>

**STATE OF TEXAS**

**COUNTY OF DALLAS**

Personally appeared James D. Piel, to be known, who being duly sworn, does depose and say on oath as follows:

1. I am a member of the law firm of Allen Stewart, P.C., with an office address of 325 North Saint Paul Street, Suite 2750, Dallas, Texas 75201. My office telephone number is (214) 965-8700 and my fax number is (214) 965-8701. My email address is jpiel@allenstewart.com.

2. I am admitted to practice law in the State of Texas, and am admitted to practice before all Courts in the State of Texas; the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas; and the United States Supreme Court.

1

3.	I have never been denied admission or disciplined as referenced in Local Federal Rule 83.2 or been denied admission or disciplined by any other Court.

4.	I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

Dated at Dallas, Texas this 9th day of June, 2009.

_____
JAMES D. PIEL

Sworn to and subscribed before me
This the ___ day of June, 2009.

_____
NOTARY PUBLIC

My Commission Expires: _____

APRIL ADRIENNE WALTON
My Commission Expires
March 5, 2010

2