UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SLM CORPORATION and SALLIE MAE, INC.<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   CASE NO. 3:07-cv-01866 (WWE)<br>:<br>:<br>:<br>:   August 18, 2009<br>:<br>: |

## MOTION FOR ADMISSION OF VISITING LAWYER

**COMES NOW** M. Hatcher Norris, a member of the bar of this Court, respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Attorney Jonathan B. Cohen as a visiting attorney in this Court.

Attorney Cohen is a member of the law firm of James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A. with an office at 4830 West Kennedy Boulevard, Tampa, Florida 33609-2589. He is a member in good standing of the bar of the State of Florida. He is admitted to practice before the United States District Court for the Middle District of Florida.

Upon information and belief, Attorney Cohen has never been denied admission or disciplined by this Court or any other court and his fully executed affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

Payment to the Clerk for the fee of $25.00 as required by D. Conn. L. Civ. R. 83.1(d)(2) accompanies this application.

Pursuant to D. Conn. L. Civ. R. 83.1(c)(1) of the Local Rules of this Court, Mr. Cohen designates the undersigned attorney, M. Hatcher Norris and his office, Butler, Norris & Gold, 254 Prospect Avenue, Hartford, CT 06106, telephone number (860) 236-6951, as the members of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Attorney Jonathan B. Cohen be admitted to appear as a visiting lawyer as counsel for Plaintiff Sasha Rodriguez and the Class, and in this action.

By: _____
M. Hatcher Norris, Esq
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Fax No. (860) 236-5263
Email: morris@bnglaw.com
Federal Bar No. ct00061


W. CHRISTIAN HOYER
NICOLE C. MAYER
TERRY A. SMILJANICH
CHRISTOPHER C. CASPER
JAMES, HOYER NEWCOMER
SMILJANICH & YANCHUNIS, P.A.
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
813-286-4100
fax 813-286-4174

**Counsel for Plaintiff Sasha Rodriguez**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE on behalf of themselves and all others similarly situated, | CIVIL ACTION NO.: 3:07-cv-01866 |
| Plaintiffs, | CLASS ACTION |
| v. | |
| SLM CORPORATION and SALLIE MAE, INC. | AUGUST 18, 2009 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2009 the **MOTION FOR ADMISSION OF VISITING LAWYER** was filed with the Court with a copy to the following attorneys.

Lisa M. Simonetti
Julia B. Strickland
Matthew Moran
Nancy M. Lee
Stroock Stroock & Lavan, LLP
2029 Century Park East
Los Angeles, CA 90067
Counsel for Defendant

Jennifer R. Rossi
Craig A. Raabe
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
Co-counsel for Defendant

Christa L. Collins
1780 102nd Avnue North, Suite 100
St. Petersburg, FL 33716
Counsel for Plaintiff Cathelyn Gregoire

M. Hatcher Norris, Esq.
Federal Bar No. ct00061

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SASHA RODRIGUEZ and CATHELYN GREGOIRE** on behalf of themselves and all others similarly situated, | : | |
| Plaintiffs, | : | CASE NO. 3:07-cv-01866 (WWE) |
| v. | : | |
| **SLM CORPORATION and SALLIE MAE, INC.** | : | August 14, 2009 |
| Defendants. | : | |

### AFFIDAVIT OF JONATHAN B. COHEN IN SUPPORT OF MOTION TO ADMIT VISITING ATTORNEY

STATE OF FLORIDA      )
                      )
COUNTY OF HILLSBOROUGH )

Personally appeared Jonathan B. Cohen to be known, who being duly sworn, does depose and say on oath as follows:

1. I am a member of the law firm of James, Hoyer, Newcomer, Smiljanich, & Yanchunis, P.A., with an office address of 4830 W. Kennedy Blvd., Suite 550, Tampa, Florida 33609. My office telephone number is (813) 286-4100. My fax number is (813) 286-4174. My email address is jcohen@jameshoyer.com.

2. I am admitted to practice law in the State of Florida. I am also admitted to practice before the United States District Court for the Middle District of Florida.

3. I have never been denied admission or disciplined as referenced in Local Federal Rule 83.2 or been denied admission or disciplined by any other Court.

4. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

Dated at Tampa, Florida this 14th day of August, 2009.

_____
JONATHAN B. COHEN

Subscribed and sworn to before me this 14th day of August, 2009 by Jonathan B. Cohen, who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires: 10/16/2011

