UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SALLIE MAE, INC. and SLM CORPORATION<br><br>Defendants. | CASE NO: 3:07-cv-01866<br><br>CLASS ACTION<br>JURYTRIAL DEMANDED<br><br>5/24/2011 |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs Sasha Rodriguez and Cathelyn Gregoire, by their undersigned Counsel, respectfully request that this Court enter an Order i) preliminarily approving the Settlement Agreement entered into by the Parties in this cause; ii) conditionally certifying a Class for settlement purposes only; iii) appointing Plaintiffs as named Class Representatives for the Settlement Class; iv) appointing certain of Plaintiffs' counsel as Co-Lead Class Counsel; v) appointing Rust Consulting, Inc. as the Notice Administrator; vi) authorizing the parties to disseminate notice to the Class as contemplated by the Parties' Settlement Agreement; and vii) setting a hearing date for final approval of the Settlement Agreement. In support of this request, Plaintiffs state:

1)   The Parties entered into a Settlement Agreement, a copy of which is attached hereto as Exhibit A.

2)   The attached Settlement Agreement provides for a proposed resolution of

1

the above-captioned cause on behalf of the Settlement Class as defined within the Settlement Agreement.

3) For the reasons detailed in Plaintiffs' Memorandum of Law in Support of Preliminary Approval of Settlement Agreement, Plaintiffs respectfully request that this Court:

    a. Grant preliminary approval of the Settlement Agreement on the basis that the Agreement is fair, adequate and reasonable;

    b. Conditionally certify a Settlement Class as defined in the Settlement Agreement for settlement purposes only;

    c. Appoint Sasha Rodriguez and Cathelyn Gregoire as named Class Representatives to act on behalf of the Settlement Class;

    d. Appoint Rust Consulting, Inc. as the Notice Administrator;

    e. Approve the notice plan set forth in the Settlement Agreement and authorize the parties to disseminate notice to the Settlement Class as contemplated by the Settlement Agreement; and

    f. Set a hearing date for final approval of the Settlement Agreement.

4) In addition, Plaintiffs respectfully request that the Court appoint John A. Yanchunis of the law firm of James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A. and Christa L. Collins of the law firm of Christa L. Collins LLC as Co-Lead Class Counsel for the Settlement Class to act on behalf of the Class Representatives and all members of the Settlement Class.

5) Finally, Plaintiffs request that the Court enter the Preliminary Approval Order which is attached to the Settlement Agreement as Exhibit B and which provides the relief requested herein.

WHEREFORE, Plaintiffs Sasha Rodriguez and Cathelyn Gregoire, through their undersigned Counsel, respectfully request that this Court enter the attached Order Preliminarily Approving Settlement.

Respectfully submitted,

        s/*John A. Yanchunis*
        John A. Yanchunis
        Bar No. phv03360
        Nicole C. Mayer
        Bar No. phv02327
        **JAMES, HOYER, NEWCOMER SMILJANICH & YANCHUNIS, P.A.**
        4830 West Kennedy Boulevard, Suite 550
        Tampa, FL  33609-2589
        Tel. No. (813) 286-4100
        Fax No. (813) 286-4174
        jyanchunis@jameshoyer.com

        **Attorneys for Plaintiff Sasha Rodriguez and Co-Lead Class Counsel**

        M. Hatcher Norris, Esq.
        Butler, Norris & Gold
        254 Prospect Avenue
        Hartford, CT 06106
        Tel. No. (860) 236-6951
        Fax No. (860) 236-5263
        rnorris@bnglaw.com
        Federal Bar No. ct00061
        *Local Counsel for Sasha Rodriguez*

        s/*Christa L. Collins*
        Christa L. Collins

        CHRISTA L. COLLINS, LLC
        1780 102nd Ave. N., Suite 100
        St. Petersburg, FL 33716
        ccollins@clcfirm.com

        **Attorneys for Plaintiff Cathelyn Gregoire and Co-Lead Class Counsel**

        Joseph B. Burns
        ROME McGUIGAN, P.C.
        One State St., 13th Floor
        Hartford, CT 06103
        Tel. No. (860) (493-3410
        Fax No. (860) 724-3921
        *Local Counsel for Cathelyn Gregoire*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2011, the foregoing **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT** was served by the Court's CM/ECF System and a Notice of this filing will be sent by e-mail to the attorneys listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

        *s/ Nicole C. Mayer*
        NICOLE C. MAYER

4