# Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SASHA RODRIGUEZ and CATHELYN GREGOIRE, on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC. and SLM CORPORATION,<br><br>Defendants. | CIVIL NO. 3:07-cv-01866-WWE<br><br><br><br><br><br>**AFFIDAVIT OF AMY LAKE RE: CLASS NOTICE** |

1.	I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust Consulting"), which serves as the class action administrator for the settlement of the above-captioned action ("Settlement"). I am responsible for supervising the class action administration services provided by Rust Consulting in connection with the Settlement. I have personal knowledge of the facts set forth below.

2.	Rust Consulting specializes in class action notification and claims administration. Rust Consulting has provided claims administration services for class actions containing up to seven million class members in cases involving consumers, pension benefits, securities, product liability, insurance, antitrust, fraud, property, employment, discrimination, bankruptcy and other types of class action cases. We regularly provide large-scale notification, claim form request processing, claims validation and processing, settlement benefits distribution, and claims administration services. Rust Consulting has provided claims administration services for more than 3,000 class action settlements and distributed billions of dollars in settlement assets.

3.	Rust Consulting was engaged as Settlement Administrator to, among other things, advise on selection of the publications to be used in the Notice Program; (a) arrange for the publication of the Notice; (b) develop, implement and maintain a Settlement website; (c) establish and maintain a toll-free number where class members are provided pre-recorded answers to general Settlement information; and (d) maintain a post office box for receipt of class member communications; (e) receive class member communications and objections; and (f) maintain a record of class member communications and objections.

4.	**Publication Notice.** Attached as **Exhibit A** is a summary of the publication schedule, including a copy of the approved publication that appeared in both English and Spanish.

5.	**Website.** On June 27, 2011, Rust Consulting established a website at the domain http://www.rodriguezsettlement.com/. Attached hereto as **Exhibit B** is a screen shot of the home page of the Settlement website. The website provides a summary of the Settlement, and also allows class members to view answers to frequently asked questions and review documents relating to the Settlement. Information is posted in both English and Spanish. As of September 18, 2011, Rust Consulting has received 1,861 main page hits to the website.

6.  **Toll-Free Number.** On June 27, 2011, Rust Consulting established a dedicated toll-free telephone number at 1-800-410-5484 with an interactive voice response system containing an approved, scripted Settlement summary. The automated system allows callers to select from several pre-recorded frequently asked questions to obtain Settlement information, and the option to request a Notice. Information is provided in both English and Spanish. As of September 18, 2011, Rust Consulting has received 946 calls to the toll-free number. 212 Notices were mailed as of September 18, 2011 from Notice requests.

7.  **Class Member Objections.** To date, Rust Consulting has received three objections from Class Members. Copies of these objections are attached as composite **Exhibit C** to this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Amy Lake

SWORN TO AND SUBSCRIBED BY ME Amy Lake, on this the __12th__ day of __October__, 2011.

(Notarial Seal)                 _____
                                NOTARY PUBLIC

                                My Commission Expires: __1-31-16__



DAWN M ZIMMER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2016

3

# EXHIBIT A

| Print Media<br>Ad | Unit Type/Size | Date Ad(s) Ran | Page # of |
|---|---|---|---|
| **Magazine(s)** | | | |
| *Ebony* | (7.625" x 10") | 8/16/2011 | 90 |
| *People en Espanol* | (7" x 10") | 8/26/2011 | 108 |
| **Newspaper** | | | |
| *Native American Times* | Full Page | 8/19/2011 5 | 5 |

4

## AVISO LEGAL

# Si usted es de origen afroamericano, hispano o nativo americano y Sallie Mae, Inc. o cualquier otra afiliada o subsidiaria de SLM Corporation suscribió o inició un préstamo estudiantil privado a su nombre entre el 15 de septiembre de 2003 y el 21 de junio de 2011,

### es posible que usted sea un Miembro del Grupo de Demandantes.

Sujeto a la aprobación del Tribunal, se ha llegado a una propuesta de Acuerdo en una demanda colectiva contra Sallie Mae, Inc. ("Sallie Mae") y SLM Corporation (en conjunto, los "Demandados") por supuesta discriminación contra los Demandantes y los Miembros del Grupo del Acuerdo, en relación con la suscripción y el inicio de préstamos estudiantiles privados. La causa se denomina Rodríguez y otros contra Sallie Mae, Inc., y otros (Rodríguez, et. al v. Sallie Mae, Inc., et. al.), Tribunal de Distrito de los Estados Unidos, Distrito de Connecticut (el "Tribunal"), Causa Núm. 3:07-cv-01866-WWE.

### ¿QUIÉN ES UN MIEMBRO DEL GRUPO DE DEMANDANTES?

Usted es un Miembro del Grupo de Demandantes si es de origen afroamericano, hispano o nativo americano y se encuentra en los Estados Unidos, y Sallie Mae, Inc. o cualquier otra afiliada o subsidiaria de SLM Corporation suscribió o inició un préstamo estudiantil privado a su nombre entre el 15 de septiembre de 2003 y el 21 de junio de 2011.

Los nombres de otras afiliadas y subsidiarias de SLM Corporation cubiertas por el acuerdo se indican en la versión extensa del aviso de acuerdo, que puede obtener llamando al Administrador del Acuerdo al 1-800-410-5484 o visitando el sitio web, www.rodriguezsettlement.com. Además, la exención de reclamaciones, que incluye a otras entidades y personas, se incluye en el Acuerdo. Puede obtener una copia por los mismos medios.

### ¿CUÁLES SON LOS BENEFICIOS?

El Acuerdo proporciona una reparación prospectiva. Los Demandados han aceptado no utilizar determinado factor, el índice federal de incumplimiento de pago por cohorte estudiantil, al suscribir o iniciar préstamos estudiantiles privados desde marzo de 2010 hasta el 1 de julio de 2011. Los Demandados también han aceptado proporcionar determinadas declaraciones y/o información con respecto a los factores de suscripción que se utilizan para establecer las tasas de interés y los cargos de los préstamos estudiantiles privados. Dichas declaraciones y/o información serán proporcionadas durante un período de, al menos, tres (3) años en la página de inicio de préstamos estudiantiles privados del sitio web de Sallie Mae. En caso de que Sallie Mae decida volver a utilizar el índice de incumplimiento de pago por cohorte estudiantil antes del 29 de marzo de 2013, se proporcionarán declaraciones adicionales.

Además, los Demandados han acordado realizar una contribución alternativa (cy pres contribution) por una cantidad de $500,000 que se dividirá en partes iguales entre los fondos United Negro College Fund e Hispanic College Fund, con el fin de otorgar becas a estudiantes que deseen obtener educación superior.

El Acuerdo también contempla el pago por parte de los Demandados de los honorarios y gastos de los abogados por una cantidad que no supere los $1,800,000 y compensaciones de incentivo para los Demandantes por una cantidad que no supere $3,000 para cada uno. Los honorarios de los abogados y las compensaciones de incentivo se encuentran sujetos a la aprobación del Tribunal.

No habrá reparación monetaria alguna para los Miembros del Grupo del Acuerdo. Sin embargo, si tiene daños monetarios reales, usted conserva el derecho de iniciar un juicio por su cuenta.

### ¿CUÁLES SON SUS DERECHOS?

Si usted presenta objeciones al acuerdo, usted o su abogado tienen derecho a comparecer ante el Tribunal y presentar sus argumentos. Si decide comparecer por medio de un abogado, usted es responsable de pagarle a dicho abogado. Las objeciones por escrito deben tener franqueo postal anterior al 30 de septiembre de 2011, e incluir determinada información. Usted se verá obligado por los términos del Acuerdo, incluso si su objeción es rechazada.

Si no hace nada, revocará todo derecho a demandar a los Demandados por reparaciones declaratorias y medidas cautelares sobre la base del uso por parte de los Demandados de prácticas específicas para determinar precios de la escuela en la suscripción o el inicio de préstamos estudiantiles privados. Usted será considerado parte del Grupo del Acuerdo, y quedará obligado por las decisiones del Tribunal.

Incluso, si no hace nada, usted conserva su derecho a demandar por daños monetarios reales u otra reparación monetaria en un juicio iniciado por separado. Las reclamaciones de reparaciones monetarias no se encuentran cubiertas en el Acuerdo.

El 17 de octubre de 2011 a las 10:00 a. m., el Tribunal celebrará una Audiencia de Imparcialidad para considerar si el acuerdo es imparcial, razonable y adecuado, y si se debe otorgar la aprobación definitiva. En ese momento, los Abogados del Grupo de Demandantes también solicitarán al Tribunal la aprobación de su pedido de honorarios de abogados, cargos, gastos y las compensaciones de incentivo para los Demandantes. Podrá encontrar más información acerca de la Audiencia de Imparcialidad y la información requerida para presentar una objeción, en el sitio web del acuerdo www.rodriguezsettlement.com.

### ¿QUIÉN LE REPRESENTA?

El Tribunal ha designado a John A. Yanchunis de la firma de abogados James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A., y a Christa L. Collins de la firma de abogados Christa L. Collins LLC, como Abogados colíderes del Grupo de Demandantes.

Este Aviso es solo un resumen. Puede obtener todos los detalles que describen sus derechos y opciones llamando al Administrador del Acuerdo al 1-800-410-5484 o visitando el sitio web, www.rodriguezsettlement.com.

5

Legal Notice

# If you are an African American, Hispanic or Native American individual for whom Sallie Mae, Inc. or an affiliate or subsidiary of SLM Corporation underwrote or originated a private student loan between September 15, 2003 and June 21, 2011, you may be a Class Member.

Subject to Court approval, a proposed settlement has been reached in a class action lawsuit against Sallie Mae, Inc. ("Sallie Mae") and SLM Corporation (together, "Defendants") for alleged discrimination to Plaintiffs and Settlement Class Members relating to the underwriting and origination of private student loans. The case is known as Rodriguez, et al. v. Sallie Mae, Inc., et al., United States District Court, District of Connecticut (the "Court"), Case No. 3:07-cv-01866-WWE.

### WHO IS A CLASS MEMBER?
You are a Class Member if you are an African American, Hispanic or Native American individual in the United States for whom Sallie Mae or any other affiliate or subsidiary of SLM Corporation underwrote or originated a private student loan between September 15, 2003 and June 21, 2011.

The names of other affiliates and subsidiaries of SLM Corporation covered by the settlement are reflected in a long-form notice of the settlement, which you can obtain by calling the Settlement Administrator at 1-888-410-5484 or by visiting the website, www.rodriguezsettlement.com. In addition, the release of claims, which includes other entities and individuals, is contained in the Settlement Agreement. You can obtain a copy in the same ways.

### WHAT ARE THE BENEFITS?
The Settlement provides for prospective relief. Defendants have agreed not to use a certain factor, the federal cohort default rate, in underwriting or originating private student loans from March 2010 through July 1, 2011. Defendants also have agreed to provide certain disclosures and/or information regarding the underwriting factors used in setting interest rates and fees on private student loans. These disclosures and/or information will be provided for a period of at least three (3) years on the private student loan homepage of Sallie Mae's website. Additional disclosures will be provided in the event that Sallie Mae elects to resume use of the cohort default rate before March 29, 2013.

Further, Defendants have agreed to make a cy pres contribution in the amount of $500,000 to be divided equally between the United Negro College Fund and the Hispanic College Fund for the purpose of providing scholarships to students pursuing higher education.

The Settlement also contemplates the payment by Defendants of attorneys' fees and expenses in an amount not to exceed $1,800,000 and incentive awards to the Plaintiffs in an amount not to exceed $3,000 each. The attorneys' fees and incentive awards are subject to Court approval.

There will be no monetary recovery for Settlement Class Members. However, if you have actual money damages, you retain the right to file a lawsuit on your own.

### WHAT ARE YOUR RIGHTS?
**If you object to the settlement**, you or your lawyer have the right to appear before the Court and present your arguments. If you choose to appear through an attorney, you are responsible for paying that attorney. Written objections must be postmarked by September 30, 2011, and contain certain information. You will be bound by the terms of the Settlement, even if your objection is rejected.

If you do nothing, you will revoke any rights to sue the Defendants for declaratory or injunctive relief based on Defendants' use of school-specific pricing practices in the underwriting or origination of private student loans. You will be considered part of the Settlement Class, and you will be bound by the Court's decisions.

Even if you do nothing, though, you retain your right to sue for actual money damages or other monetary relief in a separate lawsuit. Claims for monetary relief are not covered by the Settlement.

The Court will hold a Fairness Hearing to consider if the settlement is fair, reasonable and adequate, and should be granted final approval on October 13, 2011 at 10:00 a.m. At that time, Class Counsel will also ask the Court for approval of their request for attorneys' fees, costs, expenses and incentive awards to the Plaintiffs. More information about the Fairness Hearing, and the information required to make an objection, may be found on the settlement website, www.rodriguezsettlement.com.

### WHO REPRESENTS YOU?
The Court has appointed John A. Yanchunis of the law firm of James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A., and Christa L. Collins of the law firm of Christa L. Collins LLC, as Co-Class Counsel

This Notice is only a summary. Complete details describing your rights and options can be obtained by calling the Settlement Administrator at 1-888-410-5484 or by visiting the website, www.rodriguezsettlement.com.

6

# EXHIBIT B

*Welcome to the Rodriguez, et al. v. Sallie Mae, Inc., et al. Settlement Site*

**CLASS ACTION LAWSUIT**
Updated: June 27, 2011

HOME
COMMONLY ASKED QUESTIONS
COURT DOCUMENTS
NOTICE
IMPORTANT DATES
UNA NOTIFICACIÓN EN ESPAÑOL.

DOWNLOAD ACROBAT READER
Acrobat Reader is free and is required to view and print documents on this site.

## Welcome

A A A

NOTICE OF PROPOSED SETTLEMENT OF A CLASS ACTION LAWSUIT

A federal court authorized this notice. This is not a solicitation from a lawyer. You are not being sued.

If you are an African American, Hispanic or Native American Individual for whom Sallie Mae, Inc. or any other affiliate or subsidiary of SLM Corporation underwrote or originated a private student loan between September 15, 2003 and June 21, 2011, you are part of the Settlement Class and should read this notice.

A Proposed Class Action Settlement May Affect Your Rights. Please read this Notice carefully and fully.

This Notice is intended to inform Settlement Class Members about the terms of a proposed Settlement of a pending legal action and the rights that may be affected as a result of the Settlement. This Notice describes the benefits provided to Settlement Class Members by the proposed Settlement. This Notice also describes the steps Settlement Class Members must take to object to the proposed Settlement.

There is a proposed Settlement of a class action lawsuit against Sallie Mae, Inc. and SLM Corporation (together "Defendants"). In this action, the Settlement Class Representatives, Sasha Rodriguez and Cathelyn Gregoire (together, "Plaintiffs" or "Class Representatives"), challenge certain practices relating to the underwriting or origination of private student loans. Plaintiffs generally allege that, when Defendants used a factor called the "cohort default rate" in its underwriting or origination criteria, the result was that African American, Hispanic, and Native American borrowers received less favorable loan terms. Defendants deny these allegations in their entirety. Plaintiffs and Defendants have agreed to settle this action in order to avoid the burden, expense and uncertainty of litigation.

This Notice is not intended to be, and should not be construed as, an expression of any opinion by the Court with respect to the truth of the allegations or the merits of the claims or defenses asserted in this case. The Court has not made any rulings on the merits of the claims or defenses.

You are included in the proposed Settlement as a Settlement Class Member if you are an African American, Hispanic, or Native American Individual in the United States for whom Sallie Mae, Inc. or any other affiliate or subsidiary of SLM Corporation originated a private student loan between September 15, 2003 and June 21, 2011.

Whether you act or not, your legal rights are affected by the proposed Settlement. Your rights and options — and the deadlines to exercise them — are explained in this Notice. Please read this Notice carefully and in its entirety.

---

AVISO DE UNA PROPUESTA DE ACUERDO RESPECTO DE UNA DEMANDA COLECTIVA

Un tribunal federal autorizó este aviso. Esto no es una solicitud de un abogado. No se está iniciando un juicio en su contra.

Si usted es de origen afroamericano, hispano o nativo americano y Sallie Mae, Inc. o cualquier otro afiliado o subsidiaria de SLM Corporation suscribió o inició un préstamo estudiantil privado a su nombre entre el 15 de septiembre de 2003 y el 21 de junio de 2011, usted es parte del Grupo del Acuerdo y debe leer este aviso.

Es posible que una propuesta de Acuerdo de una Demanda Colectiva afecte sus derechos. Lea este aviso detenidamente y en su totalidad.

Este Aviso tiene como finalidad informar a los Miembros del Grupo del Acuerdo acerca de los términos de una propuesta de Acuerdo de una acción legal pendiente y de los derechos que puedan verse afectados como resultado del Acuerdo. Este Aviso describe los beneficios que el Acuerdo proporciona a los Miembros del Grupo del Acuerdo. Este Aviso también describe los pasos que deben seguir los Miembros del Grupo del Acuerdo para realizar objeciones a la propuesta de Acuerdo.

Existe una propuesta de Acuerdo para una demanda colectiva iniciada contra Sallie Mae, Inc. y SLM Corporation (en conjunto, los "Demandados"). En dicha demanda, los Representantes del Grupo del Acuerdo, Sasha Rodriguez y Cathelyn Gregoire (en conjunto, los "Demandantes" o los "Representantes del Grupo de Demandantes"), cuestionan determinadas prácticas con respecto a la suscripción o al inicio de préstamos estudiantiles privados. Los Demandantes alegan en forma general que, como resultado de la

utilización de un factor denominado "índice de incumplimiento de pago por cohorte estudiantil" por parte de los Demandados en su criterio para realizar la suscripción o iniciar el préstamo, los solicitantes de préstamo de origen afroamericano, hispano y nativo americano obtuvieron términos de préstamo menos favorables. Los Demandados niegan dichas acusaciones en su totalidad. Tanto los Demandantes como los Demandados han aceptado llegar a un acuerdo en esta demanda, a fin de evitar la carga, los gastos y la incertidumbre de un juicio.

Este Aviso no tiene como objetivo ser interpretado, y no debe ser interpretado, como una expresión de opinión alguna por parte del Tribunal con respecto a la veracidad de los alegatos o de los méritos de las acusaciones o las defensas presentadas en esta causa. El Tribunal no ha realizado ningún dictamen sobre los méritos de las acusaciones o las defensas.

Usted se encuentra incluido en la propuesta de Acuerdo como Miembro del Grupo del Acuerdo si es de origen afroamericano, hispano o nativo americano y se encuentra en los Estados Unidos, y Sallie Mae, Inc. o cualquier otra afiliada o subsidiaria de SLM Corporation inició un préstamo estudiantil privado a su nombre entre el 15 de septiembre de 2003 y el 21 de junio de 2011.

Independientemente de que usted actúe o no, sus derechos legales se encuentran afectados por la propuesta de Acuerdo. Sus derechos y opciones, así como las fechas límite para ejercerlos, se explican en el presente Aviso. Lea este Aviso detenidamente y en su totalidad.

---

DISCLAIMER

Please do not contact either Sallie Mae, Inc. or the Court about this Settlement. If you have questions, please refer to the Commonly Asked Questions and the other information posted here. This site is not operated by Sallie Mae, Inc. This Settlement is supervised by the Court and is administered by a claims administration firm.

8

# EXHIBIT C

I am writing this objection letter in response to the Rodriguez ET. Al. V. Sallie Mae, Inc...Et.al. United States District Court, District of Connecticut Case No. 3:07-cv-01866. My name is Kristain L. Cousins. I am writing this letter in objection to four private student loans that I currently have serviced with Sallie Mae. I am residing at 119 Chestnut Drive in Houston, MS at 38851. My contact telephone numbers are (662) 567-2125 or (662) 542-8130. When I started enrolling in school, I did not know much about private student loans. My mother has always been my only guardian, and I have always listed her on all of my business documents including my school documents. When my financial aid was not enough to pay for school, I started to apply for additional options. My mother was listed as a co-signer on all four of these private student loans with Sallie Mae. Neither my mother nor I was aware of this information until payments began to become due. The customer service representatives were not clear and did not explain the loan process thoroughly. Therefore, my mother ended up being a co- signer on all loans with no prior knowledge. The loan details were not discussed properly, and the process of explaining the loans did not occur until I began to ask questions. The interest rates are high, and I am getting continuously voicemails and calls about these loan payments. Since, I am not employed or in school, the lender refused to even work with me on payments on the loans. I have an eleven year old son and expecting another child, receiving government assistance at the moment, and I do not know how I am going to pay payments on all four of these loans. I am afraid this situation may lead to ruining my mother and I credit. One of the loans in particular is the Smart Option Loan which is not eligible for any type of deferment or forbearance. Even if I were to go back to school to finish my degree, I would still have to struggle to try to make payments on this loan. I cannot afford any payments at the moment, and I am very interested in the claims filed against Sallie Mae. I was not sure whether or not to include personal account numbers in this letter, but if they are needed please contact me as soon as possible.

Thanks,

*Kristain Cousins*

Kristain L. Cousins
119 Chestnut Dr.
Houston, MS 38851



USA FIRST-CLASS FOREVER

Rodriguez, et. al v. Sallie Mae Class Litigation
Settlement Administrator
Rust Consulting, Inc.
625 Marquette Avenue, Suite 880
Minneapolis, MN 55402

David E. Greenidge Jr.
22 Fiske Place apt 1
Brooklyn , N.Y. 11215
1-646-484-2711

**Reg: Rodriguez et al vs. Sallie Mae Inc. (Class-action Litigation)**

This is written notice of my intention to Speak at the "Fairness Hearing" scheduled for October 17, 2011. In front of The Honorable Warren W. Eginton Courtroom 3. Brien McMahon Federal Building US Courthouse. 915 Lafayette Boulevard, Bridgeport, CT 06604 at 10am.

I, formally, Object to the proposed Settlement of Sallie Mae Inc. and its' Affiliates.

I object to the agreement, as is ,because of the following.

1. The Cy-Pres Contribution of $500k to be split in half for the Negro fund and the Hispanic Fund is too low. And why isn't an amount offered to the Native American?

**The contribution is too low because Sallie Mae and its' affiliates made millions off of this Co-hort scheme.**

2. The agreement will "Contemplate" a $3k award for the two Plaintiff's. This is absurdly low and should be actual not 'contemplated', given the fact that it took courage to bring this injustice to light.

**The award is too low because Sallie Mae and its' affiliates made millions off of this Co-hort Scheme.**

3. To pay the Plaintiff's lawyers $1.8 million dollars. Are any of the lawyers of African Decent, Hispanic or Native American? Yes they did work, but why would they get this amount and the actual class-members get nothing.

**This reeks of inequity because Sallie Mae and its' affiliates made millions off of this Co-hort Scheme and we are paying for it.**

4. The settlement calls for Sallie Mae Inc. not to do this Co-hort Scheme for the next two years and if it does then to, give the courtesy of advertising that they are doing it. IS THIS A JOKE?

**This is blatantly disrespectful to the entire class-member body, because Sallie Mae Inc. and its' affiliates made millions off of this Co-hort Scheme and we are still paying for it.**

5. I, David E. Greenidge jr. amI formally requesting that an Amendment be added to the Settlement to impose ,Sallie Mae Inc. and it's affiliates Forgive the Debt that they over charged to my class-members. And to Forgive the Debt over and beyond the excess charge because it targeted us. I am currently seeking council to draw up the amendment in legal terms and will have it available at the "Fairness Hearing"

**They must Forgive the Debt because Sallie Mae Inc. and its' affiliates made millions off of this Co-hort Scheme and we are currently still paying for it.**

Therefore, The money they earned from this practice must be retracted by drastically reducing the amount owed to each and every class member affected.

Otherwise, this Settlement is unjust, unbalanced, outrageously, grossly and despicably unfair.

The only fair solution to this robbery is to give back the money owed by reducing the debt. Outside of Monetary Damages for targeting my class-members. (that can still be achieved individually ,I am to understand from this Settlement)

Sincerely,

*[signature]*

David Greenidge Jr. (Class-member)

I certify that a copy of the above was sent via US mail to,

*Lisa M. Simonetti, of Stroock, Stroock & Lavan LLp 2020 Century Park East, Los Angeles, CA 90067

*US District Court of CT @ 915 Lafayette Blvd. Bridgeport, Connecticut 06604

*Christa L. Collins LLC 300 West Platt St. Suite 100 Tampa, Florida 33606

*Settlement Administrator c/o Rust Consulting, Inc. P.O. Box 2532 Faribault , MN 55021-9532

As per instructed in Settlement advertisement.

David Greenidge Jr. (Class-member)

*[signature]*

D. Groenidge
~~[struck through]~~
Brooklyn, NY 11275
22 Fiske Place

REC'D OCT 03 2011

Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 2532 Faribault
Faribault, MN 55021-9532

55021$9532

September 30, 2011

To whom this may concern: ~~Settlement Administrator~~ [redacted]

Re: Rodriguez, et. al v. Sallie Mae Class Action Litigation

As a class member of the rodriguezsettlement.com class action lawsuit against Sallie Mae, Inc. and SLM Corporation relating to the underwriting and origination of a private student loan.

I am submitting my written objection as to why the settlement should not be approved as fair, reasonable and adequate. My objection is that since no monetary damages will be awarded to me as a settlement class member. I should be awarded relief as a settlement class member in modified lower interest rate and fees or no interest rate and fees on my loan due to the defendants using the factor "cohort default rate" when using underwriting or origination criteria for student loans. This will allow me a better opportunity to repay my student loan.

Thank you,

*Desiree Lockhart*

Desiree' Lockhart

Post Office Box 30781

Little Rock, AR 72260

(501) 392-4428

Encl: Supporting Document (One)

**SallieMae**
WWW.SallieMae.com
P.O. BOX 9500
WILKES-BARRE PA 18773-9500

(888) 272-5543

## Invoice

DESIREE T LOCKHART
PO BOX 30781
LITTLE ROCK AR 72260 0013

MAKE CHECK PAYABLE TO: SALLIE MAE

AND SEND TO
OUR PAYMENT ADDRESS:
PO BOX 9533
WILKES-BARRE PA 18773-9533

ACCOUNT NUMBER: 



CURRENT PHONE IS:
Changed your address or phone number?
Please visit www.SallieMae.com to update your information.

*Please detach and return with payment.*

| PRINCIPAL BALANCE | LAST PMT REC D | LAST PMT AMT | TODAY'S DATE | CORRESPONDENCE ADDRESS: |
|---|---|---|---|---|
| $ 4,113.86 | 00/00/00 | $ 0.00 | 09/30/10 | P.O. BOX 9500 WILKES BARRE PA 18773 9500 |

*For a loan level breakdown of the above totals please see page 2.*

Thank you for the opportunity to service your student loan and invest in your potential.

**Pay A Little Now  Save A Lot Later**
As your partner in saving  planning and paying for education  we re writing to let you know that by making payments now  while you re still in school  you can potentially save thousands of dollars in interest over the life of your loan. Making small monthly payments now reduces the amount of capitalized interest and can save you a lot later

**Start Saving Today**
The choice is yours. You can pay any amount you wish each month. And it s easy to make a payment and start saving money. Here s how:
   Visit SallieMae com and log in to your account  OR
   Write the amount of interest you wish to pay in the space provided on
   the attached payment coupon.

**Your Loan Details**
   Outstanding Interest                                     $1 194 17
   (interest that has not been paid or added to your loan balance'
   Last Interest Capitalization Date                        00/00/00
   (date when accrued interest was added to your loan balance'
   Aggregate Last Interest Capitalization Amount            $0.00
   (total amount added to your loan balance on Last Interest
   Capitalization Date'
   Outstanding Loan Balance                                 $4 113.86
   (total amount you owe  as of this statement'
   Anticipated Repayment Begin Date:                        11/05/10
   (expected date when you will legally be required to begin paying back
   your loan'

**Questions?**
Contact us at 888 2 SALLIE (888 272 5543'. We re here for you
Monday Thursday 8 a.m. to 9 p.m. and Friday from 8 a.m. to 8 p.m. ET.

---

PHONE (888) 272 5543    FAX (800) 848 1949    TDD/TTY (888) 833 7562    24 HRS/7 DAYS    www.SallieMae.com


Para comunicarse en Español con Atencion al Cliente.
llame gratis al 1 888 272 5543. y marque el numero correspondiente.



P430    SYSTEM 0001



Account Number: ████████

Sincerely

Sallie Mae Customer Service

*An outstanding interest balance of $0 means one of two things: You paid the accrued interest OR the interest was added to your total loan balance (capitalized).

All payments must be made in U.S. dollars and drawn on a U.S. bank.

When you provide a check as payment, you authorize us either to use information from your check to make a one time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Loan Information
*If you have questions or concerns about your account, write to us at the address provided above.*

The list below includes all the loans in your account with us. Loans marked with a star (*) are the loans referred to in this letter.

| | LOAN ID | LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM | TOTAL INTEREST PAID TO DATE | TOTAL AMOUNT PAID TO DATE (Includes Fees, Int. and Prin. Paid) |
|---|---|---|---|---|---|---|---|---|
| * | 03 | 12/27/07 | $ 3,881.00 | $ 4,113.86 | 9.750 | SIG STUDNT | $ 0.00 | $ 0.00 |

Desiree Lockhart
P.O. Box 30781
Little Rock, AR 72260



Rodriguez, et. al v. Sallie Mae Class Action Litigation
Settlement Administrator
Rust Consulting, Inc.
625 Marquette Avenue, Suite 880
Minneapolis, MN 55402

55402+2469